Aleida JOHNSON, f.k.a. Aleida Hill, individually and on behalf of all similarly situated individuals, Plaintiff-Appellant,

v.

MIDLAND FUNDING, LLC, Defendant-Appellee.

Judy N. Brock, individually and on behalf of a class of others similarly situated, Donald Cunningham, Plaintiffs-Appellants,

v.

Resurgent Capital Services, L.P., LVNV Funding, LLC, Defendants-Appellees.

No. 15-11240, No. 15-14116

United States Court of Appeals, Eleventh Circuit.

(June 27, 2017)

Daniel Luke Geyser, Peter K. Stris, Stris & Maher, LLP, Los Angeles, CA, Earl Price Underwood, Jr., Underwood & Riemer, PC, Fairhope, AL, Kenneth J. Riemer, Kenneth J. Riemer Attorney at Law, Mobile, AL, for Plaintiffs–Appellants.

Jason Brent Tompkins, Chase T. Espy, Balch & Bingham, LLP, Larry Brittain Childs, Charles W. Prueter, Waller Lansden Dortch & Davis, LLP, Birmingham, AL, Derek Wayne Edwards, Todd Ryan Hambidge, Waller Lansden Dortch & Davis, LLP, Nashville, TN, for Defendants–Appellees.

Brian Melendez, Dykema Gossett, PLLC, Minneapolis, MN, for Amicus Curiae

Before WILSON, MARTIN and HIGGINBOTHAM,* Circuit Judges.

MARTIN, Circuit Judge:

Our opinion, issued in this matter on May 24, 2016, has now been reversed by the United States Supreme Court. Our opinion is therefore VACATED, and this action is remanded to the District Court for reinstatement of the judgment in favor of Midland Funding, LLC, Resurgent Capital Services, L.P., and LVNV Funding, LLC, in accordance with the ruling of the Supreme Court.

---

* Honorable Patrick E. Higginbotham, United States Circuit Judge for the Fifth Circuit, sitting by designation.